■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY ROBINSON, Appellant.—Judgment, Supreme Court, Bronx County (Howard Goldfluss, J.), rendered on May 13, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Kassal, Ellerin and Smith, JJ.

■ ARMORY BUILDING LIMITED PARTNERSHIP, Respondent-Appellant, v PARK 25TH ASSOCIATES et al., Appellants-Respondents.—Order, Supreme Court, New York County (William McCooe, J.), entered on March 11, 1987, unanimously affirmed for the reasons stated by William McCooe, J., without costs and without disbursements.

Appeal from order, Supreme Court, New York County (William McCooe, J.), entered on May 7, 1987, unanimously dismissed as nonappealable, without costs and without disbursements.

No opinion. Concur—Murphy, P. J., Sullivan, Kassal, Ellerin and Smith, JJ.